UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :

COINBASE, INC. and TOSHI HOLDINGS
PTE. LTD,

                           :             25-CV-08447 (JAV)

                  Petitioners,     :

                           :               <u>ORDER</u>

     -v-                        :

                           :

STACEY COHEN,                  :

                           :

                Respondent.     :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On October 13, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **January 19, 2026**. Respondent's opposition, if any, is due on **February 19, 2026**. Petitioners' reply, if any, is due **February 26, 2026**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **January 7, 2026**, and shall file an affidavit of such service with the court no later than **January 9, 2026**.

SO ORDERED.

Dated: January 5, 2026
      New York, New York            _____
                                   JEANNETTE A. VARGAS
                                   United States District Judge