**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
COINBASE, INC., et al.,

                              Petitioners,                          25 **CIVIL** 8447 (JAV)

              -against-                                             **JUDGMENT**

STACEY COHEN,

                              Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 11, 2026, it is ORDERED AND ADJUDGED that the Motion to Vacate is DENIED, the Petition is GRANTED, and the December 10, 2024 Award is CONFIRMED. Judgment is entered in favor of Petitioners and against Respondent, confirming the Award in all respects. Accordingly, the case is closed.

**Dated**: New York, New York
         March 11, 2026

                                                            **TAMMI M. HELLWIG**
                                                    _____
                                                            **Clerk of Court**

                              **BY:**
                                                    _____
                                                            **Deputy Clerk**